FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Rocha, Santiago Mendez DEFENDANT(S). | CASE NUMBER SACR 10-95 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Gov't__, IT IS ORDERED that a detention hearing is set for __Thursday, 6/3/10__, at __2:00__ ☐ a.m. /☒ p.m. before the Honorable __Robert N Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
  _(Other custodial officer)_

Dated: __6/2/10__

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge